UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  5:24-cv-01692-HDV (SK)                                    Date: September 22, 2025

Title  Felipe De Mandueno-Garcia v. USP Victorville

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED AS MOOT**

According to the attached Bureau of Prisons (BOP) records, Petitioner was released from BOP custody on or about September 9, 2025. Petitioner is thus ordered to show cause why the 28 U.S.C. § 2241 petition should not be dismissed as moot. Petitioner may discharge this order by signing and returning the attached Form CV-09y within 14 days of the date of this order. Failure to timely return that notice of voluntary dismissal or to otherwise timely respond to this order will be deemed consent to the administrative closure of this case with no further notice.

IT IS SO ORDERED.

Attachments