UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

Case No.    5:24-cv-01692-HDV (SK)                    Date: October 21, 2025

Title    Felipe De Mandueno-Garcia v. USP Victorville

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:
None present

Attorneys Present for Respondent:
None present

**Proceedings:**    **(IN CHAMBERS) ORDER CLOSING CASE WITHOUT PREJUDICE**

Notice having been given of the default(s) checked below and no response having been timely filed, this action is subject to immediate dismissal or administrative closure without prejudice under the following Local Rule:

☒    Local Rule 7-12 *Failure to File Required Documents*: The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the pending motion, application, or request.

☐    Local Rule 7-14 *Appearances at Hearing*: Failure of any counsel to appear, unless excused by the Court in advance . . ., may be deemed consent to a ruling upon the motion, application, or request adverse to that counsel's position.

☒    Local Rule 41-6 *Dismissal-Failure of Pro Se Plaintiff to Keep Court Apprised of Current Address*: If a Court order or other mail served on a *pro se* party at his address of record is returned . . . as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court Document, the Court may dismiss the action with or without prejudice for failure to prosecute.

☐    Local Rule 41-5 *Dismissal-Failure to Appear*: If a party, without notice to the Court, fails to appear at the noticed call of any action or proceedings, the matter is subject to dismissal for want of prosecution.

☒    Local Rule 41-1 *Dismissal-Unreasonable Delay*: Civil suits which have been pending for an unreasonable period of time without any action having been taken therein (including by timely responding to a court order) may, after notice, be dismissed for want of prosecution and noncompliance with court orders.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**

Case No.   5:24-cv-01692-HDV (SK)                          Date: October 21, 2025

Title       Felipe De Mandueno-Garcia v. USP Victorville


        The Clerk of the Court is therefore ORDERED to close the case subject to
reopening if authorized, justified, or required by Federal Rule of Civil Procedure 60 or
Local Rule 7-18.